# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### DOCKET NO.: 3:24CR148-MOC

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | **SUPERSEDING** |
| ) | **BILL OF INDICTMENT** |
| v. ) | |
| ) | Violations: 8 U.S.C. § 1326(a) and (b)(1) |
| ) | 18 U.S.C. § 922(g)(5) |
| MIGUEL ANGEL ARROYO MORALES ) | 26 U.S.C. § 5861(d) |
| ) | |

THE GRAND JURY CHARGES:

### COUNT ONE
*(Possession of a Firearm Not Registered in the National Firearms Registration and Transfer Record)*

On or about October 21, 2023, in Mecklenburg County, within the Western District of North Carolina, the defendant,

**MIGUEL ANGEL ARROYO MORALES,**

knowingly and unlawfully possessed a firearm as defined by Title 26, United States Code, Section 5845(a)(7), to wit, a silencer as defined by Title 18, United States Code, Section 921(a)(25), not registered to him in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5861(d) and 5871.

### COUNT TWO
*(Possession of a Firearm by an Illegal Alien)*

On or about October 21, 2023, in Mecklenburg County, within the Western District of North Carolina, the defendant,

**MIGUEL ANGEL ARROYO MORALES,**

knowing that he was an alien illegally and unlawfully in the United States, did knowingly possess a firearm, that is, a Windham Weaponry Inc., model WW-15, caliber 223, rifle, in and affecting commerce.

In violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(8).

1

## COUNT THREE
*(Illegal Reentry by a Convicted Felon)*

On or about October 21, 2023, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, the defendant,

**MIGUEL ANGEL ARROYO MORALES,**

being an alien, while an order of exclusion, deportation or removal was outstanding, knowingly and unlawfully did and attempted to enter and was found in the United States without the express advance consent of the Attorney General or Homeland Security Secretary, and this occurred after he had been deported and removed from the United States and subsequent to a conviction for the commission of a felony.

All in violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of the provisions of Title 18, United States Code, Section 924(d) and the statutes incorporated or referred to therein. The firearm and ammunition listed below are subject to forfeiture in accordance with Title 18, United States Code Section, 924(d) because they were involved in, used, or intended to be used in the violation alleged in this bill of indictment.

The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above: a silencer, a Windham Weaponry Inc., model WW-15, caliber 223, rifle, and ammunition.

A TRUE BILL

FOREPERSON

DENA J. KING
UNITED STATES ATTORNEY

BRIAN M. KENNEY
ASSISTANT UNITED STATES ATTORNEY

KENNETH M. SMITH
ASSISTANT UNITED STATES ATTORNEY

2